Christopher C. McNatt, Jr. (CA Bar 174559)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Ste. 560
Pasadena, CA 91101
Voice: 626-795-4700
Fax: 626-795-4790
Email: cmcnatt@scopelitis.com
(Pro Hac Vice status anticipated)

James A. Eckhart (CA Bar 321101)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 W. Market St., Ste. 1400
Indianapolis, IN 46204
Voice: 317-637-1777
Fax: 317-687-2414
Email: jeckhart@scopelitis.com
(Pro Hac Vice status anticipated)

Michael C. Mills, Esq.
Nevada State Bar No.: 3534
Bauman Loewe Witt & Maxwell, PLLC
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 86130
Tel: 702-240-6060
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
US EXPRESS CARRIERS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BALLINGER,<br><br>      Plaintiff,<br><br>v.<br><br>US EXPRESS CARRIERS, LLC, *et al.*,<br><br>      Defendants. | Case No.: 2:24-cv-00864-JCM-EJY<br><br>**DEFENDANT U.S. EXPRESS CARRIERS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT [ECF 11]**<br><br>**(First Request)** |

      Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule 6-1 and Local Rule 6-2 of the Local Rules for the District of Nevada, Defendant U.S.

1

Express Carriers, LLC (U.S. Express Carriers) hereby files this Unopposed Motion for Extension of Time to Respond to Amended Complaint. [ECF 11]. In support thereof, Defendant states as follows:

1. Plaintiff filed his initial Complaint on May 4, 2023, in the Riverside County, California Superior Court.

2. U.S. Express Carriers removed this action to the United States District Court for the Central District of California on June 27, 2023, and subsequently filed a Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative, Transfer Pursuant to 28 U.S.C. § 1404(a) on July 5, 2023.

3. Plaintiff filed his First Amended Complaint on July 20, 2023. [ECF 11].

4. U.S. Express Carriers again filed a Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative, Transfer Pursuant to 28 U.S.C. § 1404(a) on August 1, 2023. [ECF 13].

5. The Central District of California granted U.S. Express Carriers' Motion to Transfer, transferring this matter to the District of Nevada on May 6, 2024. [ECF 26].

6. Pursuant to Rule 12(a)(4)(a) of the Federal Rules of Civil Procedure, U.S. Express Carriers' deadline to respond to the Amended Complaint is set for May 20, 2024.

7. U.S. Express Carriers requests that the Court extend its deadline to respond to the Amended Complaint by 14 days, up to and including June 3, 2024.

8. U.S. Express Carriers is diligently working to respond to Plaintiff's Amended Complaint, but other deadlines have impeded U.S. Express Carriers' counsel's ability to respond to the Amended Complaint by the current deadline.

9. Additionally, U.S. Express Carriers' counsel reached out to Plaintiff's counsel on May 17, 2024, about the possibility of amicably resolving this matter before proceeding further.

10. Accordingly, U.S. Express Carriers states that good cause exists for this extension.

11. This is U.S. Express Carriers' first motion for extension of time to respond to the Amended Complaint.

12. U.S. Express Carriers' counsel has spoken with Plaintiff's counsel, who indicated they do not oppose this motion.

13. U.S. Express Carriers files this Unopposed Motion in good faith and not for purposes of unreasonable delay.

WHEREFORE, Defendant, U.S. Express Carriers, LLC, respectfully requests that the Court extend the deadline for Defendant to respond to Plaintiff's Amended Complaint to and including June 3, 2024 in this matter.

Dated: May 17, 2024

Respectfully submitted,

*/s/ Michael C. Mills*

Michael C. Mills, # 3534
Bauman Loewe Witt & Maxwell, PLLC
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 86130
Tel: 702-240-6060
Email: mmills@blwmlawfirm.com

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 17, 2024

4870-7885-1007, v. 2

3