**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BRUCE BALLINGER,

          Plaintiff(s),

    vs.

US EXPRESS CARRIERS LLC,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:24-cv-00864-JCM-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

      Adam C. Steel      , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

  Scopelitis, Garvin, Light, Hanson & Feary, P.C.  
               (firm name)

with offices at    10 West Market Street, Suite 1400    ,
                  (street address)

  Indianapolis  ,    Indiana  ,  46204  ,
    (city)           (state)      (zip code)

  317-637-1777  ,  asteel@scopelitis.com  .
  (area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

  US Express Carriers LLC      to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since _____October 1, 2021_____, Petitioner has been and presently is a
                          (date)
member in good standing of the bar of the highest Court of the State of __Indiana_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Indiana Supreme Court | October 1, 2021 | 36971-49 |
| USDC for the Southern District of Indiana | October 1, 2021 | |
| USDC for the Northern District of Indiana | October 1, 2021 | |
| Pennsylvania Supreme Court | November 8, 2023 | 333614 |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                        _____
                                                              Petitioner's signature

5    STATE OF <u>INDIANA</u>                    )
                                              )
6    COUNTY OF <u>MARION</u>                   )

7            <u>Adam C. Steel</u>              , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9
                                                        _____
10                                                            Petitioner's signature

    Subscribed and sworn to before me this

11

12   <u>22ND</u> day of <u>MAY</u>        , <u>2024</u>

13   _____
          Notary Public or Clerk of Court

14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**

17
            Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
    believes it to be in the best interests of the client(s) to designate <u>Michael C. Mills, Esq.</u>,
19                                                                      (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action.  The address and email address of
21
    said designated Nevada counsel is:
22

23   <u>3650 N. Rancho Dr., Ste. 114</u>                                           ,
                                          (street address)
24
     <u>Las Vegas</u>               , <u>Nevada</u>              , <u>89130</u>     ,
25          (city)                         (state)                  (zip code)

26   <u>702-240-6060</u>          , <u>mmills@blwmlawfirm.com</u>              .
        (area code + telephone number)          (Email address)
27

28                                          4                              Rev. 5/16

Notary stamp:
COURTNEY WOODS
Notary Public, State of Indiana
Hancock County
Commission Number NP0750479
My Commission Expires
July 31, 2031

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s)  Michael C. Mills, Esq. _____ as

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

MAXIM CAZACU, MANAGER
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

003534                    mmills@blwmlawfirm.com
Bar number                Email address

APPROVED:

Dated: May 29, 2024.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Scanned with CamScanner

## <u>INDEX OF EXHIBITS</u>

A       -       IN Certificate of Good Standing for Adam Steel

B       -       PA Certificate of Good Standing for Adam Steel

# Exhibit A

## IN Certificate of Good Standing for Adam Steel

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

ADAM CHRISTOPHER STEEL

is a member of the bar of the Supreme Court of Indiana since admission on _____ October 1, 2021 _____, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 22nd day of May, 2024.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court

# Exhibit B

## PA Certificate of Good Standing for Adam Steel



𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

## CERTIFICATE OF GOOD STANDING

### *Adam Christopher Steel, Esq.*

**DATE OF ADMISSION**

*November 8, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 21, 2024**

Nicole Traini
Chief Clerk