James H. Hanson *(Pro Hac Vice Pending and has complied with LR IA 11-2)*
jhanson@scopelitis.com
Adam C. Steel *(Pro Hac Vice)*
asteel@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Phone: 317-637-1777
Fax: 317-687-2414

Michael C. Mills, Esq.
Nevada State Bar No.: 3534
BAUMAN, LOEWE, WITT & MAXWELL, PLLC
7251 W. Lake Mead Blvd., Suite 359
Las Vegas, NV 89128
Phone: 702-240-6060
Fax: 702-549-8855
mmills@blwmlawfirm.com

Attorneys for Defendant,
US EXPRESS CARRIERS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BALLINGER, as an individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>US EXPRESS CARRIERS, LLC,<br><br>　　　　Defendants. | Case No.: 2:24-cv-00864-JCM-EJY<br><br>**STIPULATION OF DISMISSAL**<br><br>**(FED. R. CIV. PROC. 41(a)(1)(A)(ii))** |

　　　IT IS HEREBY STIPULATED, by and between the parties to the above-captioned action (the "Action"), through their respective counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure: (1) Plaintiff Bruce Ballinger's individual claims in the Action shall be and hereby are dismissed with

prejudice, and (2) that the remainder of the claims in the Action shall be and hereby are dismissed without prejudice. Each side shall bear its own attorneys' fees and costs.

Dated: September 5, 2024     CROSNER LEGAL, P.C.

By: */s/ Chad Saunders*
Chad Saunders,
*Attorneys for Plaintiff,
Bruce Ballinger*

Dated: September 5, 2024     SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By:    /s/ *Adam C. Steel*
James H. Hanson *(Pro Hac Vice Pending)*
Adam C. Steel *(Pro Hac Vice)*

Dated: September 5, 2024     BAUMAN, LOEWE, WITT & MAXWELL, PLLC

By:    */s/Michael C. Mills*
Michael C. Mills
Nevada State Bar No.: 3534

*Attorneys for Defendant,
US Express Carriers, LLC*

IT IS SO ORDERED.

Dated: September 9, 2024

HON. JAMES C. MAHAN
SENIOR U.S. DISTRICT JUDGE

4866-7254-2177, v. 3

2